IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| JASMINE SALAAM, | ) CIVIL ACTION NO.:9:15-cv-04484-DCN-MGB |
| Plaintiff, | ) |
| -vs- | ) |
| | ) **STIPULATION OF DISMISSAL** |
| HAMPTON COUNTY VETERANS AFFAIRS OFFICE AND HAMPTON COUNTY, | ) |
| Defendant. | ) |

The above entitled action was instituted by the Plaintiff against the Defendants, above named, for damages sustained by the Plaintiff.

The referenced matter having been settled between the parties, the undersigned attorneys do hereby stipulate that this matter be dismissed as to the Defendants with prejudice, and forever ended, with each party bearing its own costs of this action.

| WE MOVE: | WE CONSENT: |
|---|---|
| HOWELL, GIBSON & HUGHES, P.A. | PROFFITT & COX, LLP |
| s/Mary Bass Lohr | s/David Proffitt |
| Mary Bass Lohr | David Proffitt |
| Attorney for Defendants | Attorney for Plaintiff |

Beaufort, South Carolina

October 3_____, 2016.